# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re:

Micheal Lange and
Nichole Lange

Case No 22-24487

Chapter 13

Debtor(s).

## NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

Michael and Nichole Lange filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

Clerk of Bankruptcy Court
517 E. Wisconsin Avenue
Room 126
Milwaukee, WI 53202-4581

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 plan.

Attorney Michelle A Angell
26 Schroeder Court, Ste 300
Madison, WI 53711
Phone No. 608-258-8555
Email mangell@ks-lawfirm.com

## REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

   X A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or
   __ A motion requesting limited service is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:

   **The payments to UW Credit Union shall be made pro-rata.**
   **The payments to Capital One Auto shall be made pro-rata.**

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

### CERTIFICATION

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 6 day of ~~November~~ December, 2022.

_Michael Lange_
Debtor

_Nichole Lange_
Debtor

Attorney Michelle A. Angell
Krekeler Law, S.C.
26 Schroeder Court, Ste 300
Madison, WI 53711
Phone No. 608-258-8555
Email mangell@ks-lawfirm.com

2

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:                                Case No. 22-24487-gmh
   Micheal And Nichole Lange
      Debtor.                    Chapter 13

## CERTIFICATE OF SERVICE

On December 6, 2022, I, Becky Isige, served a copy of the Notice and Request to Amend Unconfirmed Chapter 13 Plan on the following persons in the following manner:

1. Deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, to the parties:

    (A) listed on the most current mailing matrix, a copy of which is attached to this certificate as Attachment A.

    (B) listed on Attachment B. [If you choose this option, you must insert the name of each person/entity served, position of person (if applicable) and full mailing address].

2. By certified mail addressed to the entities listed on Attachment C. [If you choose this option, you must include the name of the officer of each entity served, full name of the entity, and full mailing address].

3. Other service method: [insert relevant details of service].

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/06/2022

                                               _/s/ Becky Isige_
                                               Signature
                                               Becky Isige
                                               Krekeler Law, S.C.
                                               26 Schroeder Court, Suite 300
                                               Madison, WI 53711

## U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

| In re: | Case No. 22-24487-gmh |
|---|---|
| Micheal And Nichole Lange Debtor. | Chapter 13 |

## CERTIFICATE OF SERVICE
## ATTACHMENT A

**See attached mailing matrix**

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi    Fairway Mortgage Corporation
0757-2                                   4515 N Santa Fe Ave. Dept. APS                  c/o Codilis, Moody & Circelli, P.C.
Case 22-24487-gmh                        Oklahoma City, OK 73118-7901                    15W030 North Frontage Road, Suite 200
Eastern District of Wisconsin                                                            Burr Ridge, IL 60527-6921
Milwaukee
Tue Dec  6 11:42:50 CST 2022

Synchrony Bank                           (p)ALLIANCE COLLECTION AGENCIES  INC            (p)ARSTRAT  LLC
c/o PRA Receivables Management, LLC      ATTN CLIENT SERVICES DEPARTMENT                 14141 SOUTHWEST FRWY STE 300
PO Box 41021                             3916 S BUSINESS PARK AVE                        SUGAR LAND TX 77478-4630
Norfolk, VA 23541-1021                   MARSHFIELD WI 54449-9029


Aspirus Inc.                             Capital One                                     Capital One - Walmart
PO Box 1008                              ATTN: Bankruptcy Dept                           PO Box 30285
Wausau, WI 54402-1008                    P.O. Box 30285                                  Salt Lake City, UT 84130-0285
                                         Salt Lake City, UT 84130-0285


Capital One Auto                         Capital One Auto Finance, a division of Capi    Capital One N.A.
1933 Preston Rd                          P.O. Box 4360                                   4515 N Santa Fe Ave
Plano, TX 75024-2359                     Houston, TX 77210-4360                          Oklahoma City, OK 73118-7901


City of Milwaukee                        Comenity Bank - Zales                           Discover Bank
Customer Service Division                Bankruptcy Department                           Discover Products Inc
PO Box 514062                            PO Box 182789                                   PO Box 3025
Milwaukee, WI 53203-3462                 Columbus, OH 43218-2789                         New Albany, OH  43054-3025


(p)DISCOVER FINANCIAL SERVICES LLC       Fair Square Financial LLC                      Fairway Mortgage
PO BOX 3025                              Resurgent Capital Services                     4750 S Biltmore Lane
NEW ALBANY OH 43054-3025                 PO Box 10368                                    Madison, WI 53718-2106
                                         Greenville, SC 29603-0368


Fairway Mortgage                         Genisis FS Card Services                        Internal Revenue Service
PO Box 100104                            PO Box 4477                                     Insolvency Unit
Duluth, GA 30096-9303                    Beaverton, OR 97076-4401                        P.O. Box 7346
                                                                                         Philadelphia, PA 19101-7346


JPMorgan Chase Bank, N.A.                Nichole L Lange                                 OLLO
s/b/m/t Chase Bank USA, NA               W6231 County Road E                             PO Box 9222
Crane & Partners, PLLC                   Westfield, WI 53964-8491                        Old Bethpage, NY 11804-9222
5409 Congress Avenue, Suite 100
Boca Raton FL 33487-2853


Office of the U. S. Trustee              PRA Receivables Management, LLC                 Potage Radiology
517 East Wisconsin Ave.                  PO Box 41021                                    PO Box 1790
Room 430                                 Norfolk, VA 23541-1021                          Brookfield, WI 53008-1790
Milwaukee, WI 53202-4510


Prosper Marketplace Inc.                 UW Credit Union                                 UW Health
221 Main St. Ste. 300                    PO Box 44963                                    PO Box 620993
San Francisco, CA 94105-1909             Madison, WI 53744-4963                          Middleton, WI 53562-0993
```

United States Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

United States Trustee-Eastern District
Federal Courthouse
David W. Asbach, Assistant US Trustee
517 East Wisconsin Ave. Room 430
Milwaukee, WI 53202-4510

Upstart Network Inc.
2950 S. Delaware St.
San Mateo, CA 94403-2580

Upstart Network, Inc
PO BOX 1931
Burlingame, CA 94011-1931

Wisconsin Department of Revenue
ATTN: Bankruptcy Unit, MS 5-144
PO Box 8901
Madison, WI 53708-8901

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708-8914

Michael L Lange
W6231 County Road E
Westfield, WI 53964-8491

Michelle A. Angell
Krekeler Law, SC
26 Schroeder Court, Ste 300
53711
Madison, WI 53711-2503

Rebecca R. Garcia
Chapter 13 Trustee
PO Box 3170
Oshkosh, WI 54903-3170

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alliance Collection
2508 South Roddis Ave
PO Box 1267
Marshfield, WI 54449-7267

(d)Alliance Collection
3916 S. Business Park Ave.
Marshfield, WI 54449-9029

Arstrat
14141 Southwest FwY ste 300
Sugar Land, TX 77478

Discover Card
PO Box 15316
Wilmington, DE 19850-5316

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Janet Medlock, Clerk of Court
US Courthouse - Eastern District of WI

(d)Nichole L Lange
W6231 County Road E
Westfield, WI 53964-8491

End of Label Matrix
Mailable recipients    38
Bypassed recipients     2
Total                  40

## U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br>    Micheal And Nichole Lange<br>        Debtor. | Case No. 22-24487-gmh<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE
## ATTACHMENT C

Creditors served by certified mail:

CEO Richard Fairbank
**Capital One Auto**
3901 N. Dallas Pkwy.
Dallas, TX 75093

CEO Steve Jacobsen
**Fairway Mortgage**
4750 S. Biltmore Lane
Madison, WI 53718

CEO Paul J. Kundert
**UW Credit Union**
3500 University Avenue
Madison, WI 53705