UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re: Michael L. Lange, and
Nicole L. Lange,
                Debtors.

Case No. 22-24487
Chapter 13

---

**OBJECTION TO CHAPTER 13 PLAN**

---

University of Wisconsin Credit Union hereby objects to the Chapter 13 Plan (Doc. 14) and proposed Amended Plan (Doc 26) of the Debtors for the following reasons:

1. The Debtors do not properly value the 2013 Ford F-150. University of Wisconsin Credit Union contends that the value is $16,440.00.

2. Interest rate on the secured debt should be 7.20%.

3. University of Wisconsin Credit Union objects under Section 1325 (a)(5) in that after confirmation of the plan attorney fees of the Debtors are paid in full prior to any payments being made on the secured debt of University of Wisconsin Credit Union. The plan does not provide for equal monthly payments nor for adequate protection payments after confirmation during the period of time that attorney fees are being paid which is contrary to 11 U.S.C. Sec. 1325(a)(5)(B)(iii)(I and II).

4. The adequate protection payments should be $200.00 per month.

Dated this 9th day of December, 2022.

                                      s/Michael A. Sosnay
                                      Michael A. Sosnay - State Bar No. 1059549
                                      Attorney for
                                      University of Wisconsin Credit Union
                                      Darnieder & Sosnay
                                      735 N. Water St., Suite 205
                                      Milwaukee, WI 53202
                                      Phone: (414) 277-1400
                                      Fax: (414) 277-7087
                                      E-Mail: mike@dwdglaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Michael L. Lange, and
Nicole L. Lange,

Debtors.

Case No. 22-24487
Chapter 13

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December, 2022, an Objection to Chapter 13 Plan in this case was electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

       Michelle A. Angell, Attorney for Debtor
       Rebecca R. Garcia, Trustee
       Office of the U.S. Trustee

I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

       Michael L. Lange
       W6231 County Road E
       Westfield, WI 53964

       Nicole L. Lange
       W6231 County Road E
       Westfield, WI 53964

   Dated this 9th day of December, 2022.

                        s/Laura J. Kolosovsky
                        Laura J. Kolosovsky
                        Legal Assistant
                        Darnieder & Sosnay
                        735 N. Water Street, Suite 205
                        Milwaukee, WI 53202
                        T: (414) 277-1400 F: (414) 277-7087